UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Docket No.: 3:03CR10-001/RV |
| | ) | |
| URSULA PRESSLEY | ) | |
| | ) | |

## ORDER FOR HALFWAY HOUSE PLACEMENT

THIS MATTER CAME on to be heard on September 28, 2005; there appearing Assistant United States Attorney Stephen Preisser; and the defendant, Ursula Pressley; appearing in person with appointed counsel, Charles Lammers; and after receiving testimony, the Court did find the defendant in violation of probation. The Court stayed sanctions, six (6) months halfway house placement, until November 1, 2005, to determine whether the defendant could show improvement by timely submission of monthly reports, obtaining employment, and making restitution payments. The Court subsequently extended the stay of sanctions until January 2006.

On December 29, 2005, the Court was notified by the United States Probation Office of further noncompliance for failing to submit a monthly report for November 2005, failing to report weekly to the probation officer to submit employment reports, and by failing to make restitution payments in any amount since October 24, 2005.

Based on the above information, the Court hereby orders the following modification of the defendant's probation:

"The offender shall reside at the Pensacola Community Center (halfway house) located at 225 East Brent Lane in Pensacola, Florida 32503, and remain there, except as authorized, for a period of six (6) months to be served at the direction of the U.S. Probation Officer. The offender shall be placed in the Corrections Component (most restrictive conditions) of the center, with no furloughs or weekend passes unless authorized by the U.S. Probation Officer. The Offender shall surrender to the center as directed by the U. S. Probation Officer."

DONE AND ORDERED in open Court at Pensacola, Florida this 27 day of Dec, 2005

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 JAN -3 AM 7: 55

The Honorable Roger Vinson
Senior United States District Judge

FILED